HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CONNIE POWELL,

        Plaintiff,

v.

CASEPRO INC., et al.,

        Defendants.

CASE NO. C 14-172 RAJ

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

    The court has received the parties' stipulation agreeing to the withdrawal of Joseph W. Moore as counsel for the plaintiff in this action. Dkt. # 24. The court finds that the stipulation complies with Local Rule 83.2 and directs the clerk to terminate Joseph W. Moore and Moore & Dudley Law Firm PLLC as counsel.

    Dated this 7th day of May, 2015.

WILLIAM M. MCCOOL
Clerk

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER- 1